**Order entered April 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00944-CR

**BRYCE DAREC CLARK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83633-2017**

## ORDER

Before the Court is appellant's April 23, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief filed on or before May 23, 2019.

We caution appellant that further extensions are disfavored and may result in the appeal being abated for a hearing under rule 38.8(b)(3). *See* TEX. R. APP. P. 38.8(b)(3).

        /s/     CORY L. CARLYLE
                 JUSTICE